**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **VICENTA PRATT, <u>ET AL.</u>** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL NO. 13-1924 (PAD)** |
| **PREMIER SALONS, INC., <u>ET AL.</u>** | |
| **Defendants.** | |

RECEIVED&FILED
CLERK'S OFFICE

MAY 21 2015

US DISTRICT COURT
SAN JUAN, PR

**JURY VERDICT FORM #1 - IRIS RODRIGUEZ-RAMOS**

   1.  Do you unanimously find, by a preponderance of the evidence, that plaintiff Iris Rodríguez Ramos suffered damages as a result of having been discriminated against because of her age?

 ☒ **YES**    ☐ **NO**

   If you answered **YES** to question number 1, proceed to question number 2. If your answer is **NO** to question number 1, please do not answer any more questions, have the foreperson sign and date the form, and return the document to the Court Security Officer.

Civil No. 13-1924 (PAD)
Jury Verdict Form

2.   Do you unanimously find, by a preponderance of the evidence, that Iris Rodriguez is

entitled to Back Pay as a result of having been discriminated against because of her age?

         ☒ **YES**    ☐ **NO**

If you answered **YES** to question number 2, proceed to question number 3. If you answered

**NO** to question number 2, please proceed to question number 5.

3.   State the amount of Back Pay that Iris Rodriguez-Ramos is entitled to:

$26,100.00

4.   Do you unanimously find, by a preponderance of the evidence that Iris Rodriguez suffered

emotional damages as a result of having been discriminated against because of her age?

         ☒ **YES**    ☐ **NO**

If you answered **YES** to question number 4, proceed to question number 5.  If you answered

**NO** to question number 4, please proceed to question number 6.

5.   Specify the amount of emotional damages that Iris Rodriguez is entitled to and proceed to

question number 6:

$250,000.00

Civil No. 13-1924 (PAD)
Jury Verdict Form

6. Do you unanimously find, by a preponderance of the evidence, that defendants willfully discriminated against Iris Rodríguez Ramos because of her age?

☒ **YES**      ☐ **NO**

5/21/15
. DATE

FOREPERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED&FILED
CLERK'S OFFICE

MAY 21 2015

US DISTRICT COURT
SAN JUAN, PR

VICENTA PRATT, <u>ET AL.</u>

    Plaintiffs,

        v.

PREMIER SALONS, INC., <u>ET AL.</u>

    Defendants.

CIVIL NO. 13-1924 (PAD)

## JURY VERDICT FORM #2 – MARIA REYES-SÁNCHEZ



1.  Do you unanimously find, by a preponderance of the evidence, that plaintiff María Reyes-Sánchez suffered damages as a result of having been discriminated against because of her age?

        ☒ YES      ☐ NO

    If you answered **YES** to question number 1, proceed to question number 2. If your answer is **NO** to question number 1, please do not answer any more questions, have the foreperson sign and date the form, and return the document to the Court Security Officer.

Civil No. 13-1924 (PAD)
Jury Verdict Form

2.   Do you unanimously find, by a preponderance of the evidence, that María Reyes-Sánchez

is entitled to Back Pay as a result of having been discriminated against because of her age?

☒ YES      ☐ NO

If you answered **YES** to question number 2, proceed to question number 3. If you answered

**NO** to question number 2, please proceed to question number 4.

3.   State the amount of Back Pay that María Reyes-Sánchez is entitled to:

$73,085.00

4.   Do you unanimously find, by a preponderance of the evidence that María Reyes-Sánchez

suffered emotional damages as a result of having been discriminated against because of her age?

☒ YES      ☐ NO

If you answered **YES** to question number 4, proceed to question number 5.  If you answered

**NO** to question number 4, please proceed to question number 6.

5.   Specify the amount of emotional damages that María Reyes-Sánchez is entitled to and

proceed to question number 6:

$250,000.00

Civil No. 13-1924 (PAD)
Jury Verdict Form

6.  Do you unanimously find, by a preponderance of the evidence, that defendants willfully

discriminated against María Reyes-Sánchez because of her age?

☒ **YES**     ☐ **NO**

FOREPERSON

5/21/15

DATE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED&FILED
CLERK'S OFFICE

MAY 2 1 2015

US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| VICENTA PRATT, ET AL. <br><br> **Plaintiffs,** <br><br> v. <br><br> PREMIER SALONS, INC., ET AL. <br><br> **Defendants.** | CIVIL NO. 13-1924 (PAD) |

### JURY VERDICT FORM #3 – LYDIA FERNÁNDEZ-PEÑA



1. Do you unanimously find, by a preponderance of the evidence, that plaintiff Lydia Fernández-Peña suffered damages as a result of having been discriminated against because of her age?

☒ YES     ☐ NO

If you answered **YES** to question number 1, proceed to question number 2. If your answer is **NO** to question number 1, please do not answer any more questions, have the foreperson sign and date the form, and return the document to the Court Security Officer.

1

Civil No. 13-1924 (PAD)
Jury Verdict Form

2.  Do you unanimously find, by a preponderance of the evidence, that Lydia Fernández-Peña

is entitled to Back Pay as a result of having been discriminated against because of her age?

☒ **YES**     ☐ **NO**

If you answered **YES** to question number 2, proceed to question number 3. If you answered

**NO** to question number 2, please proceed to question number 4.

3.  State the amount of Back Pay that Lydia Fernández-Peña is entitled to:

$ 73,085. 00

4.  Do you unanimously find, by a preponderance of the evidence that Lydia Fernández-Peña

suffered emotional damages as a result of having been discriminated against because of her age?

☒ **YES**     ☐ **NO**

If you answered **YES** to question number 4, proceed to question number 5.  If you answered

**NO** to question number 4, please proceed to question number 6.

5.  Specify the amount of emotional damages that Lydia Fernández-Peña is entitled to and

proceed to question number 6:

$250,000.00

Civil No. 13-1924 (PAD)
Jury Verdict Form

6.  Do you unanimously find, by a preponderance of the evidence, that defendants willfully

discriminated against Lydia Fernández-Peña because of her age?

☒ <b>YES</b>      ☐ <b>NO</b>

FOREPERSON

5/21/15
DATE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED&FILED
CLERK'S OFFICE

MAY 2 1 2015

US DISTRICT COURT
SAN JUAN, PR

|  |  |
|---|---|
| VICENTA PRATT, <u>ET AL.</u> | |
| **Plaintiffs,** | |
| v. | **CIVIL NO. 13-1924 (PAD)** |
| PREMIER SALONS, INC., <u>ET AL.</u> | |
| **Defendants.** | |

**JURY VERDICT FORM #4 – VICENTA PRATT**

1. Do you unanimously find, by a preponderance of the evidence, that plaintiff Vicenta Pratt suffered damages as a result of having been discriminated against because of her age?

☒ **YES**      ☐ **NO**

If you answered **YES** to question number 1, proceed to question number 2. If your answer is **NO** to question number 1, please do not answer any more questions, have the foreperson sign and date the form, and return the document to the Court Security Officer.

1

Civil No. 13-1924 (PAD)
Jury Verdict Form

2.  Do you unanimously find, by a preponderance of the evidence, that Vicenta Pratt is entitled

to Back Pay as a result of having been discriminated against because of her age?

☒ YES ☐ NO

If you answered **YES** to question number 2, proceed to question number 3. If you answered

**NO** to question number 2, please proceed to question number 4.

3.  State the amount of Back Pay that Vicenta Pratt is entitled to:

$ 73,085.00

4.  Do you unanimously find, by a preponderance of the evidence that Vicenta Pratt suffered

emotional damages as a result of having been discriminated against because of her age?

☒ YES ☐ NO

If you answered **YES** to question number 4, proceed to question number 5. If you answered

**NO** to question number 4, please proceed to question number 6.

5.  Specify the amount of emotional damages that Vicenta Pratt is entitled to and proceed to

question number 6:

$250,000.00

Civil No. 13-1924 (PAD)
Jury Verdict Form

    6.  Do you unanimously find, by a preponderance of the evidence, that defendants willfully

discriminated against Vicenta Pratt because of her age?

☒ **YES**      ☐ **NO**

5/21/15
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
DATE

FOREPERSON

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED&FILED
CLERK'S OFFICE

MAY 21 2015

US DISTRICT COURT
SAN JUAN, PR

|  |  |
|---|---|
| VICENTA PRATT, ET AL. | |
| **Plaintiffs,** | |
| v. | CIVIL NO. 13-1924 (PAD) |
| PREMIER SALONS, INC., ET AL. | |
| **Defendants.** | |

**JURY VERDICT FORM #5 – ANDREINA PACHECO-GALÁN**



1.  Do you unanimously find, by a preponderance of the evidence, that plaintiff Andreina Pacheco-Galán suffered damages as a result of having been discriminated against because of her age?

☒ **YES**    ☐ **NO**

If you answered **YES** to question number 1, proceed to question number 2. If your answer is **NO** to question number 1, please do not answer any more questions, have the foreperson sign and date the form, and return the document to the Court Security Officer.

1

Civil No. 13-1924 (PAD)
Jury Verdict Form

2.  Do you unanimously find, by a preponderance of the evidence, that Andreina Pacheco-Galán is entitled to Back Pay as a result of having been discriminated against because of her age?

☒ **YES**      ☐ **NO**

If you answered **YES** to question number 2, proceed to question number 3. If you answered **NO** to question number 2, please proceed to question number 4.

3.  State the amount of Back Pay that Andreina Pacheco-Galán is entitled to:

$ 73,085.00

4.  Do you unanimously find, by a preponderance of the evidence that Andreina Pacheco-Galán suffered emotional damages as a result of having been discriminated against because of her age?

☒ **YES**      ☐ **NO**

If you answered **YES** to question number 4, proceed to question number 5. If you answered **NO** to question number 4, please proceed to question number 6.

5.  Specify the amount of emotional damages that Andreina Pacheco-Galán is entitled to and proceed to question number 6:

$ 250,000.00

2

Civil No. 13-1924 (PAD)
Jury Verdict Form

6.  Do you unanimously find, by a preponderance of the evidence, that defendants willfully

discriminated against Andreina Pacheco-Galán because of her age?

☒ YES        ☐ NO

FOREPERSON                                    5/21/15
                                              DATE

Civil No. 13-1924 (PAD)
Jury Verdict Form

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

VICENTA PRATT, <u>ET AL.</u>

   Plaintiffs,

   v.

PREMIER SALONS, INC., <u>ET AL.</u>

   Defendants.

CIVIL NO. 13-1924 (PAD)

**JURY VERDICT FORM #6 – WALESKA RIVERA-CARRASQUILLO**



1. Do you unanimously find, by a preponderance of the evidence, that plaintiff Waleska Rivera-Carrasquillo suffered damages as a result of having been discriminated against because of her age?

☒ **YES**     ☐ **NO**

If you answered **YES** to question number 1, proceed to question number 2. If your answer is **NO** to question number 1, please do not answer any more questions, have the foreperson sign and date the form, and return the document to the Court Security Officer.

1

Civil No. 13-1924 (PAD)
Jury Verdict Form

2. Do you unanimously find, by a preponderance of the evidence, that Waleska Rivera-Carrasquillo is entitled to Back Pay as a result of having been discriminated against because of her age?

☒ **YES**      ☐ **NO**

If you answered **YES** to question number 2, proceed to question number 3. If you answered **NO** to question number 2, please proceed to question number 4.

3. State the amount of Back Pay that Waleska Rivera-Carrasquillo is entitled to:

$ 73,085.00

4. Do you unanimously find, by a preponderance of the evidence that Waleska Rivera-Carrasquillo suffered emotional damages as a result of having been discriminated against because of her age?

☒ **YES**      ☐ **NO**

If you answered **YES** to question number 4, proceed to question number 5. If you answered **NO** to question number 4, please proceed to question number 6.

5. Specify the amount of emotional damages that Waleska Rivera-Carrasquillo is entitled to and proceed to question number 6:

$ 250,000.00

2

Civil No. 13-1924 (PAD)
Jury Verdict Form

6.  Do you unanimously find, by a preponderance of the evidence, that defendants willfully

discriminated against Waleska Rivera-Carrasquillo because of her age?

☒ YES      ☐ NO


FOREPERSON                                              5/21/15
                                                        DATE

3